```
Court Name: TEXAS WESTERN
Division: 3
Receipt Number: 300026017
Cashier ID: ecastro
Transaction Date: 05/24/2016
Payer Name: US TREASURY
----------------------------------
PLRA CIVIL FILING FEE
 For: MAXON H. MORGAN
 Case/Party: D-TXW-3-15-CV-000388-001
 Amount:         $17.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 403057879529
 Amt Tendered:  $17.00
----------------------------------
Total Due:      $17.00
Total Tendered: $17.00
Change Amt:     $0.00

INITIAL PARTIAL FILING FEE

EP-15-CV-388

DB
```